UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL a/k/a Bella-Christina Birrell,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE DiTOMAS, et al.,<br><br>Defendants. | No. 2:22-cv-01528-KJM-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff moves to extend the deadline for the close of discovery and for serving written discovery requests as established by the court's discovery and scheduling order. ECF No. 19. Plaintiff requests additional time because plaintiff is scheduled to have eye surgery in the near future and will need 30 days to recover. *Id.* Defendants did not respond to plaintiff's request. Good cause appearing, plaintiff's motion (ECF No. 19) is GRANTED and the discovery and scheduling order is MODIFIED as follows:

1. The parties may conduct discovery until January 19, 2024. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than November 17, 2023.

/////

/////

1

2. Dispositive motions shall be filed on or before April 12, 2024.

So ordered.

DATED: September 20, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE