UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL aka BELLA CHRISTINA BIRRELL, | No.  2:22-cv-01528-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| MICHELE DITOMAS, et al., | |
| Defendants. | |

    Defendants have filed a motion to modify the schedule to allow them to file a dispositive motion beyond the currently-set deadline.  ECF No. 23.

    Federal Rule of Civil Procedure 16(b)(4) provides: "A schedule may be modified only for good cause and with the judge's consent."  Courts considering a request to modify a schedule under Rule 16(b)(4) look primarily to the whether the party seeking modification could not reasonably meet the deadline despite his diligence. *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992).  While the focus is primarily on the moving party's diligence, "the existence or degree of prejudice to the party opposing the motion might supply additional reasons to deny" the requested modification.  *Id.*

    Defendants request a modest extension of 28 days in order to obtain evidence from a consultant to support a motion for summary judgment and to accommodate defense counsel's

1

1  obligations in other cases.  Good cause appearing, IT IS HEREBY ORDERED that:
2      1.  Defendants' April 9, 2024 motion to modify the schedule (ECF No. 23) is granted; and
3      2.  The schedule is modified such that the parties may file dispositive motions on or before
4  May 10, 2024.  This order does not impact any other dates set by the existing scheduling orders
5  (ECF Nos. 15, 20).

7  Dated: April 24, 2024

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE