UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE DiTOMAS, et al.,<br><br>Defendants. | No. 2:22-cv-01528-KJM-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. He seeks an extension of time file an opposition to the pending motion for summary judgment. ECF No. 27.

The motion for extension of time (ECF No. 27) is GRANTED. Plaintiff shall file his opposition to defendants' May 10, 2024 motion for summary judgment on or before August 10, 2024.

Dated: June 13, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1