UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, | No. 2:22-cv-01528-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| MICHELE DiTOMAS, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' motion for summary judgment filed on May 10, 2024. Good cause appearing, the request will be granted. No further extensions of time will be granted absent a showing of extraordinary circumstances.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 29) is granted; and

2. Plaintiff is granted up to and including September 16, 2024, in which to file an opposition to the motion for summary judgment.

Dated: August 15, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1