UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, aka Bella-Christina Birrell, | No. 2:22-cv-01528-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| MICHELE DiTOMAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Discovery has concluded, and defendants have filed a motion for summary judgment. ECF No. 25. Plaintiff has not filed a response, although she requested and was granted two extensions of time to do so. *See* ECF Nos. 30, 32. The district court judge has declined to adopt a recommendation to dismiss this case for lack of prosecution and referred the matter for further proceedings. ECF Nos. 34, 35.

Plaintiff has now filed a motion "to stay all proceedings in this case until August 15, 2025" to allow her to recover from a surgery. ECF No. 36. The surgery was to have occurred on May 26, 2025. She states that her surgeons have advised that for about 60 days thereafter she will be unable to conduct routine daily activities due to the pain medications she will be taking. Defendants have not responded to plaintiff's motion.

1

1    The court construes plaintiff's request to "stay" proceedings in this case as necessarily
2 including a request for an extension of time to respond to defendants' motion for summary
3 judgment.  Courts considering a request to modify a scheduling order under Rule 16(b)(4) look
4 primarily to whether the party seeking modification has shown good cause why they could not
5 reasonably meet the deadline despite their diligence.  *Johnson v. Mammoth Recreations*, 975 F.2d
6 604, 609 (9th Cir. 1992).  While the focus is primarily on the moving party's diligence, "the
7 existence or degree of prejudice to the party opposing the motion might supply additional reasons
8 to deny" the requested modification.  *Id.*
9    Plaintiff has shown good cause for the extension requested here, in that she will be
10 medically unable to prepare and file her response until after August 15, 2025.  Further, defendants
11 have not objected to plaintiff's request.
12    Plaintiff's most recent filing indicates an intent to proceed with prosecution of this case
13 after recovering from surgery.  For these reasons, the court will grant plaintiff's motion insofar as
14 allowing an extension of time for plaintiff to file a response to defendants' motion for summary
15 judgment.[1]

**ORDER**

For all these reasons, it is hereby ORDERED that:

1. Plaintiff's motion (ECF No. 36) is construed as a request for an extension of time to respond to defendants' motion for summary judgment and is GRANTED.

////
////
////
////
////
////

---

[1] As the court has previously noted, plaintiff's response to the summary judgment motion would be the appropriate place to raise any objections plaintiff may have to the declaration of defendants' expert witness. ECF No. 32 at 2 (denying without prejudice plaintiff's request to appoint an expert witness).

2. Plaintiff is granted additional time up to and including September 15, 2025, to file an opposition to the motion for summary judgment. **No further extensions of time will be granted absent a showing of extraordinary circumstances. Failure to timely file an opposition or statement of no opposition to such a motion may be deemed a waiver of opposition to the motion in accordance with Local Rule 230(l)**. Defendants shall file their reply, if any, within the time allowed in Local Rule 230(l).

Dated: July 9, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3