1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      DAVID WESLEY BIRRELL,                    No.  2:22-cv-01528-KJM-EFB (PC)

12                  Plaintiff,

13             v.                                 ORDER

14      MICHELE DiTOMAS, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C.

18   § 1983.  He seeks a fourth extension of time file an opposition to the pending motion for

19   summary judgment.  ECF No. 38.

20          Plaintiff has already been granted three extensions to file an opposition to the motion,

21   which has been pending since May 2024.  ECF Nos. 28, 30, 37.  The court cautioned plaintiff that

22   further extension would not be granted absent a showing of extraordinary circumstances.  ECF

23   No. 37.  Plaintiff declares that her file for this case was vandalized during a recent cell search.

24   ECF No. 38.  In addition, her eyeglasses were broken and rendered unusable.  *Id.*

25          Defendants oppose the motion, arguing that cell searches are routine and thus the search

26   of plaintiff's cell should not justify an extension of time.  ECF No. 39.

27          Based on plaintiff's testimony that her glasses were rendered unusable during the search

28   and she cannot read without them, the court will grant plaintiff one last extension of time, until

1

1  October 15, 2025.  The court will consider the motion for summary judgment submitted as of that

2  date, whether plaintiff has filed an opposition or not.  Late-filed briefing will not be considered.

3       Accordingly, it is hereby ORDERED that plaintiff's September 5, 2025 motion for an

4  extension of time is GRANTED, and plaintiff shall file her opposition to the motion for summary

5  judgment on or before October 15, 2025.

6

7  Dated: September 15, 2025

        EDMUND F. BRENNAN
8       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28